```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
JAMIE HANSEN
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARC SOUTH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 2:10-mj-0301-KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO VACATE |
| v. | ) | THE COURT TRIAL AND SET FOR A |
| | ) | CHANGE OF PLEA |
| MARC SOUTH, | ) | |
| | ) | |
| Defendant. | ) | Date:  December 6, 2010 |
| | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Kendall J. Newman |

The United States Attorney through their respective counsel, Matthew Stegman, Assistant United States Attorney, and Linda Harter, Attorney for MARC SOUTH, hereby stipulate to vacate the court trial

/ / /

/ / /

/ / /

/ / /

set for December 6, 2010 and set a change of plea for December 16, 2010.

Dated: December 2, 2010               Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ Linda C. Harter
                                      LINDA C. HARTER
                                      Assistant Federal Defender
                                      Attorney for MARC SOUTH

Dated: December 2, 2010               BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED:  December 3, 2010.

_____
U.S. MAGISTRATE JUDGE

-2-