```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) Mag. No. 2:10-mj-00301-KJM
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER;
                                 ) WITHDRAWAL OF BENCH WARRANT
12       v.                      ) ISSUED JUNE 8, 2011
                                 )
13  MARC SOUTH,                  )
                                 ) Date:
14              Defendant.       ) Time:
                                 ) Judge: Hon. Kendall J. Newman
15  _____)
```

It is hereby stipulated between the parties, Rachana N. Shah, Assistant United States Attorney, attorney for Plaintiff, and Linda C. Harter, Chief Assistant Federal Defender, attorney for defendant, that the bench warrant issued on June 8, 2011, for the defendant, MARC SOUTH, be withdrawn.

Mr. South entered into a plea agreement wherein he pled guilty to one count of 18 U.S.C. § 14601.1(a), driving a motor vehicle with knowledge that his drivers license was cancelled, suspended or revoked. Mr. South was sentenced on December 16, 2010, and was ordered to pay a fine of $350 and a $10 special assessment, for which a control date of June 2, 2011, was set. Mr. South paid the special assessment on his sentencing day, December 16, 2010. Later, due to the Court's unavailability, the control date was subsequently rescheduled by the

1 Court for June 8, 2011.  On June 8, 2011, a bench warrant for Mr. South
2 was issued because the fine had not yet been paid nor was Mr. South
3 present in court.  Since that time, Mr. South has paid the fine of $350
4 to the Court; Mr. South's receipt number is CAE200036563.  This payment
5 was confirmed by the government.
6     Given these facts, the parties respectfully request that the Court
7 withdraw the bench warrant issued for Mr. South on June 8, 2011.

Dated:  June 27, 2011

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        MARC SOUTH


Dated:  June 27, 2011                   BENJAMIN B. WAGNER
                                        United States Attorney



                                        /s/ Rachana N. Shah
                                        RACHANA N. SHAH
                                        Assistant U.S. Attorney



                                **ORDER**

**IT IS SO ORDERED**.

Dated: June 27, 2011




                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE


2